

# IN THE
## TENTH COURT OF APPEALS

### No. 10-13-00052-CV

**HSBC BANK NEVADA, N.A.,**

**Appellant**

**v.**

**SPENCER PACK,**

**Appellee**

### From the 170th District Court
### McLennan County, Texas
### Trial Court No. 2012-22544

## MEMORANDUM OPINION

HSBC Bank Nevada, N.A. appealed the trial court's default judgment rendered against it. The parties have now filed a Joint Motion to Dismiss Appeal, stating they have reached an agreement to compromise and settle their differences in the proceeding below.

The Court's Order of Referral to Mediation issued March 28, 2013 is set aside. The motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 25, 2013
[CV06]